IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HOWARD STEPHEN MASK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION: 17-00421-KD-MU |
| | ) | |
| STRATEGIC RESTAURANTS ACQUISITION | ) | |
| COMPANY, LLC, | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 21, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's motion for leave to amend his complaint is **GRANTED;** and Plaintiff's motion to remand is **GRANTED** such that this action is hereby **REMANDED** to the Circuit Court of Mobile County, Alabama from whence it came.

**DONE** and **ORDERED** this the **14th** day of **December 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**